# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MANUEL ESPINOZA DELGADO,** ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No. CIV-25-1342-D |
| ) | |
| **RUSSELL HOLT et al.,** ) | |
| ) | |
| Respondents. ) | |

**ENTER ORDER:**

The Court vacates Doc. 6 as the Court has determined that a response from Respondents is no longer necessary.

By direction of Magistrate Judge Suzanne Mitchell, we have entered the above enter order.

                                                Joan Kane, Clerk

                                    By:  s/Lesa Boles
                                          Deputy Clerk