IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MANUEL ESPINOZA DELGADO, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-25-1342-D |
| RUSSELL HOLT, *et al.*, | ) |
| Respondents. | ) |

## **ORDER**

Petitioner Manuel Espinoza Delgado filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C § 636(b)(1)(B) and (C). [Doc. No. 3]. On November 22, 2025, Respondents filed a notice informing the Court that Petitioner applied for voluntary departure and was transported to Mexico on November 20, 2025. [Doc. No. 8]. On November 25, 2025, Judge Mitchell issued a Report and Recommendation ("R and R") recommending the Court dismiss as moot the Petition because the Petitioner is no longer in the custody of U.S. Immigration and Customs Enforcement.

The case file shows no timely objection to the R and R nor request for an extension of time, even though Petitioner was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the R and R. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th*

1

*Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). For the reasons explained by Judge Mitchell in the R and R, the Court finds this action should be dismissed as moot.

**IT IS THEREFORE ORDERED** that the R and R [Doc. No. 10] is **ADOPTED** in its entirety. This action is **DISMISSED AS MOOT**. A separate judgment of dismissal shall be entered.

**IT IS SO ORDERED** this 17th day of December, 2025.

TIMOTHY D. DeGIUSTI
Chief United States District Judge